IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02337-RPM

MADE IN THE USA FOUNDATION, INC. ,
RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF
AMERICA ASSOCIATION (R-CALF USA), and
MELONHEAD, LLC, and
ORGANIZATION FOR COMPETITIVE MARKETS, INC., and
SOUTH DAKOTA STOCKGROWERS ASSOCIATION, and
INDEPENDENT CATTLEMEN OF WYOMING, and
CATTLE PRODUCERS OF WASHINGTON, and
CHAD WILSON SCOTT, TYLER WHITTEN SCOTT and STANLEY WILSON SCOTT,

    Plaintiffs,

v.

WORLD TRADE ORGANIZATION, and
AMBASSADOR RON KIRK, in his capacity as the UNITED STATES TRADE
REPRESENTATIVE, and
TOM VILSACK, in his capacity as Secretary of the UNITED STATES DEPARTMENT OF
AGRICULTURE, a federal agency, and
THE UNITED STATES OF AMERICA.

    Defendants.
_____

ORDER DISQUALIFYING COUNSEL AND FOR TIME FOR PLAINTIFFS TO OBTAIN
REPRESENTATION
_____

The complaint initiating this civil action was filed on November 8, 2012, by attorney Joel D. Joseph. On November 9, 2012, the United States Attorney filed a Notice of Filing of Order of Supreme Court of Ohio Regarding Disqualification of Joel David Joseph, attaching an order from The Supreme Court of Ohio for the indefinite suspension of Joel David Joseph from the practice of law in Ohio and referring to an order from the Court of Appeals of Maryland disqualifying him in that state. Accordingly, on November 13, 2012, this Court issued an Order to Show Cause and for Stay, requiring Joel D. Joseph to show cause in writing why he should not be disqualified. In response, Joel D. Joseph informed that the Ohio Supreme Court is reconsidering its order and that the matter of his disqualification should be decided by the disciplinary of this court pursuant to D.C.Colo.LCivR 83.5. Under D.C.Colo.CivR 83.3E, an attorney who is not in good standing with all courts in which he has been admitted shall not practice before this court. The disciplinary panel has jurisdiction to deal with disbarment from the bar of the

court but does not determine the question of disqualification of counsel in a particular case.  It is now

ORDERED that Joel D. Joseph is disqualified from client representation of plaintiffs in this case and the plaintiffs shall have to and including February 4, 2013, within which to obtain counsel in good standing to appear.

DATED:   January 11th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge