IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02337-RPM

MADE IN THE USA FOUNDATION, INC. ,
RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF
AMERICA ASSOCIATION (R-CALF USA), and
MELONHEAD, LLC, and
ORGANIZATION FOR COMPETITIVE MARKETS, INC., and
SOUTH DAKOTA STOCKGROWERS ASSOCIATION, and
INDEPENDENT CATTLEMEN OF WYOMING, and
CATTLE PRODUCERS OF WASHINGTON, and
CHAD WILSON SCOTT, TYLER WHITTEN SCOTT and STANLEY WILSON SCOTT,

    Plaintiffs,
v.

WORLD TRADE ORGANIZATION, and
AMBASSADOR RON KIRK, in his capacity as the UNITED STATES TRADE
REPRESENTATIVE, and
TOM VILSACK, in his capacity as Secretary of the UNITED STATES DEPARTMENT OF
AGRICULTURE, a federal agency, and
THE UNITED STATES OF AMERICA.

    Defendants.
_____

## ORDER VACATING STAY
_____

    On November 13, 2012, this Court issued an order to show cause and for stay which stayed proceedings in this civil action until entry of substitute counsel for the plaintiffs. On February 4, 2013, Andrew B. Reid of the law firm Springer and Steinberg, P.C., entered his appearance as counsel for the plaintiffs. Accordingly, it is

    ORDERED that the stay order of November 13, 2012, is vacated.

    DATED:  February 14th, 2013

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge